IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING CELLULAR TELEPHONES ASSIGNED CERTAIN CALL NUMBERS. | CASE NO:   5:21-SW-0005-JLT<br>5:21-SW-0021-JLT<br>5:21-SW-0022-JLT<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: April 19, 2021

_____
The Honorable Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS